Civil Action No. 6 25-cv-03331-BCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Leadpoint, Inc.</u> was received by me on *(date)* <u>Nov 14, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Nadine Elansari, Process Specialist, Registered Agent Solutions, Inc.</u> who is designated by law to accept service of process on behalf of LEADPOINT, INC., AT 44 SCHOOL STREET, SUITE 505, BOSTON, MA 02108 *(name of organization)* on *(date)* <u>Mon, Nov 17 2025 @ 10:37a.m.</u>

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: 11/17/2025

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 17, 2025, 10:37 am EST at 44 School Street Suite 505, Boston, MA 02108 received by Nadine Elansari, Process Specialist .

**Documents Served:** image001.png1.1 Leadpoint MO Civil Cover.pdf1. Complaint against Leadpoint in MO.pdfSummons; Complaint; and Civil Cover Ltr.