UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JENNIFER RUSH,
*On behalf of herself and others similarly situated*,

    Plaintiff,

v.

LEADPOINT, INC.,

    Defendant.

No. 6:25-CV-03331-BCW

### DEFENDANT LEADPOINT INC.'S
### AGREED MOTION TO FOR EXTENSION OF TIME

Defendant Leadpoint, Inc. ("Leadpoint"), by and through its attorneys, respectfully submits this Agreed Motion for Extension of Time to respond to Plaintiff's Complaint. In support of this motion, Leadpoint states as follows:

1. Plaintiff filed this lawsuit on November 12, 2025. (Doc. 1.)

2. Leadpoint was served on November 17, 2025. (Doc. 4.)

3. Accordingly, Leadpoint's response to Plaintiff's Complaint was due on December 8, 2025.

4. Leadpoint attempted to file its Motion to Dismiss on December 8, but its lead counsel learned late on the afternoon of December 8 that her e-filing credentials were not fully authorized, despite indication within the NextGen interface that her e-filing status with this Court was active. Leadpoint's counsel contacted the clerk to address the issue but did not hear back until the morning of December 9, likely given the late afternoon hour in which counsel realized the issue.

5. In the meantime, Leadpoint's counsel contacted Plaintiff's counsel, who agreed to a 1-day extension of time for Leadpoint to respond to the Complaint, in light of the technical issue.

6. Leadpoint's counsel memorialized the parties' agreement by email and also served copies of Leadpoint's Motion to Dismisss, Suggestions in Support, and Rule 7.1 Disclosure by email on December 8. (*See* Exhibit A, correspondence dated December 8.) The Motion to Dismiss, Suggestions in Support, and Rule 7.1 Disclosures will be filed with the Court today as well.

7. Leadpoint's counsel shared this Agreed Motion for Extension with Plaintiff's counsel and he confirmed Leadpoint could file the motion as agreed.

WHEREFORE, Leadpoint asks the Court to grant its Agreed Motion for Extension of Time and allow Leadpoint to file its Motion to Dismiss on December 9, 2025.

Dated: December 9, 2025                    Respectfully submitted,

**ARENTFOX SCHIFF LLP**

*Ann H. MacDonald*
Ann. H. MacDonald (Mo. Bar #61544)
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: (312) 258-5500
Email: ann.macdonald@afslaw.com

Adam Bowser (*pro hac vice* forthcoming)
1717 K. Street, NW
Washington DC 20006
Phone: (202) 857-6126
Email: adam.bowser@afslaw.com

*Attorneys for Leadpoint Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on December 9, 2025, she caused a true and correct copy of the foregoing to be served upon the persons listed below through the Court's electronic filing system.

Tylor B. Whitham, Mo. Bar #69428
12120 State Line Road, Box 265
Leawood, Kansas 66209
phone: 816-522-3399
fax: 913-341-2807
tylor@whithamlawfirm.com

Anthony I. Paronich,
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Ann H. MacDonald*