| From: | MacDonald, Ann H. |
|---|---|
| To: | Anthony Paronich; tylor@whithamlawfirm.com |
| Cc: | Bowser, Adam |
| Subject: | RE: Rush v. Leadpoint (WDMO) - Short Extension |
| Date: | Monday, December 8, 2025 5:39:58 PM |
| Attachments: | Leadpoint - Motion to Dismiss 12.8.25.pdf |
| | Leadpoint - Suggestions ISO MTD - 12.8.25.pdf |
| | Leadpoint - 7.1 Disclosure - 12.8.25.pdf |

Anthony and Tylor,

Thank you both for taking my call this afternoon and for your courtesy with the below extension. I've attached copies of the motion, suggestions in support, and Rule 7.1 disclosure that we intended to file today. Once my e-filing credentials are straightened out, we will file with the court, hopefully in the morning.

Have a good evening,
Ann

**Ann H. MacDonald** SHE/HER/HERS
PARTNER | **ARENTFOX** SCHIFF LLP
ann.macdonald@afslaw.com | **DIRECT** 312.258.5548

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Monday, December 8, 2025 5:23 PM
**To:** MacDonald, Ann H. <ann.macdonald@afslaw.com>
**Subject:** RE: Rush v. Leadpoint (WDMO) - Short Extension

**This Message Is From an External Sender**
This message came from outside ArentFox Schiff LLP. Please treat this email with caution.

Report Suspicious

Confirmed.

**From:** MacDonald, Ann H. <ann.macdonald@afslaw.com>
**Sent:** Monday, December 8, 2025 6:08 PM
**To:** anthony@paronichlaw.com
**Subject:** Rush v. Leadpoint (WDMO) - Short Extension

Hi Anthony,

Thanks for speaking just now. I'm writing to confirm your agreement to a 1-day extension of time for Leadpoint to respond to Plaintiff's complaint, in light of the technical issues on my end tonight. As I noted, I hope to resolve the issue with the clerk in the morning but will keep you posted either way. Let me know if you have any questions.

Thanks,
Ann



**Ann H. MacDonald** SHE/HER/HERS
PARTNER | **ARENTFOX SCHIFF LLP**
ann.macdonald@afslaw.com | **DIRECT** 312.258.5548
My Bio | LinkedIn | Subscribe
233 South Wacker Drive, Suite 7100, Chicago, IL 60606

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.