**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JENNIFER RUSH,<br>*On behalf of herself and others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEADPOINT, INC.,<br><br>　　　　Defendant. | No. 6:25-CV-03331-BCW |

**DEFENDANT LEADPOINT INC.'S**
<u>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTEREST**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Leadpoint Inc. states that it has no parent, subsidiaries or affiliates that have issued shares to the public.

Dated: December 8, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**ARENTFOX SCHIFF LLP**

　　　　　　　　　　　　　　　　　　　　*Ann H. MacDonald*
　　　　　　　　　　　　　　　　　　　　Ann. H. MacDonald (Mo. Bar #61544)
　　　　　　　　　　　　　　　　　　　　233 S. Wacker Dr., Suite 7100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Phone: (312) 258-5500
　　　　　　　　　　　　　　　　　　　　Email: ann.macdonald@afslaw.com

　　　　　　　　　　　　　　　　　　　　Adam Bowser *(pro hac vice forthcoming)*
　　　　　　　　　　　　　　　　　　　　1717 K. Street, NW
　　　　　　　　　　　　　　　　　　　　Washington DC 20006
　　　　　　　　　　　　　　　　　　　　Phone: (202) 857-6126
　　　　　　　　　　　　　　　　　　　　Email: adam.bowser@afslaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Leadpoint Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on December 8, 2025, she caused a true and correct copy of the foregoing to be served upon the persons listed below by email.

Tylor B. Whitham, Mo. Bar #69428
12120 State Line Road, Box 265
Leawood, Kansas 66209
phone: 816-522-3399
fax: 913-341-2807
tylor@whithamlawfirm.com

Anthony I. Paronich,
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

            *Ann H. MacDonald*