UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH,<br>*On behalf of herself and others similarly situated*,<br><br>      Plaintiff,<br><br>  v.<br><br>LEADPOINT, INC.,<br><br>      Defendant. | No. 6:25-CV-03331-BCW |

## UNOPPOSED MOTION TO STAY DISCOVERY

Defendant LeadPoint, Inc., by and through its undersigned counsel, moves the Court for an Order staying discovery until the Court resolves Defendant's pending Motion to Dismiss Plaintiff's Class Action Complaint (Doc. 7). Discovery should be stayed pending a decision on the Motion to Dismiss because (a) absent a stay the parties would face hardship in complying with discovery if the matter is ultimately dismissed, (b) the stay would cause no harm or prejudice, and (c) the stay would promote the conservation of judicial resources. In addition, Defendant conferred with Plaintiff and Plaintiff does not oppose a stay.

WHEREFORE, Defendant requests an Order staying discovery until the pending Motion to Dismiss is resolved.

1

Dated: January 9, 2026               Respectfully submitted,

**ARENTFOX SCHIFF LLP**

*Ann H. MacDonald*
Ann. H. MacDonald (Mo. Bar #61544)
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: (312) 258-5500
Email: ann.macdonald@afslaw.com

Adam Bowser (*pro hac vice* forthcoming)
1717 K. Street, NW
Washington DC 20006
Phone: (202) 857-6126
Email: adam.bowser@afslaw.com

*Attorneys for Leadpoint Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on January 9, 2026, she caused a true and correct copy of the foregoing to be served upon the persons listed below through the Court's electronic filing system.

    Tylor B. Whitham, Mo. Bar #69428
    12120 State Line Road, Box 265
    Leawood, Kansas 66209
    phone: 816-522-3399
    fax: 913-341-2807
    tylor@whithamlawfirm.com

    Anthony I. Paronich,
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (508) 221-1510
    anthony@paronichlaw.com

                                          *Ann H. MacDonald*