UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH,<br>*On behalf of herself and others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>LEADPOINT, INC.,<br><br>    Defendant. | No. 6:25-CV-03331-BCW |

**JOINT RULE 16.1 SCHEDULING ORDER SUBMISSION**

In accordance with the Court's December 10, 2025, Order (Doc.10) and Local Rule 16.1, the Parties respectfully request that the Court defer setting any date limiting joinder of parties, dates limiting the filing of motions, a discovery plan, and a trial date. The parties likewise request that the Court defer discussion of the days necessary to try the action and whether any protective order is necessary.

As set forth in Defendant's Unopposed Motion to Stay Discovery (Doc. 15), if Defendant's Motion to Dismiss (Doc. 7) is granted, further litigation and related scheduling will be unnecessary. Accordingly, the Parties propose that the Court order that discovery is stayed pending resolution of Defendant's Motion to Dismiss and that the Parties shall submit a new Proposed Scheduling Order, consistent with Local Rule 16.1, as necessary, within 30 days of a ruling on Defendant's Motion to Dismiss.

1

Case 6:25-cv-03331-BCW   Document 17   Filed 01/09/26   Page 1 of 2

Dated: January 9, 2026       Respectfully submitted,

**ARENTFOX SCHIFF LLP**

*Ann H. MacDonald*
Ann. H. MacDonald (Mo. Bar #61544)
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: (312) 258-5500
Email: ann.macdonald@afslaw.com

Adam Bowser (*pro hac vice* forthcoming)
1717 K. Street, NW
Washington DC 20006
Phone: (202) 857-6126
Email: adam.bowser@afslaw.com

*Attorneys for Defendant*

Tylor B. Whitham, Mo. Bar #69428
12120 State Line Road, Box 265
Leawood, Kansas 66209
phone: 816-522-3399
fax: 913-341-2807
tylor@whithamlawfirm.com

Anthony I. Paronich,
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on January 9, 2026, she caused a true and correct copy of the foregoing to be served through the Court's electronic filing system.

*Ann H. MacDonald*