IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH,<br>*On behalf of herself and others similarly situated*,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>LEADPOINT, INC.,<br><br>　　　　　Defendant. | Case No. 6:25-CV-03331-BCW |

## SCHEDULING AND TRIAL ORDER
## JURY TRIAL

　　　　Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established:

I. **DISCOVERY PLAN AND SCHEDULING DEADLINES**

| Discovery Plan and Scheduling | Guidelines | Deadlines |
|---|---|---|
| Joinder of Parties | 30 days before discovery deadline | June 15, 2026 |
| Amendment of Pleadings | 30 days before discovery deadline | June 15, 2026 |
| Plaintiff Expert Designation | 60 days before discovery deadline | May 14, 2026 |
| Defendant Expert Designation | 30 days after Plaintiff Expert deadline | June 15, 2026 |
| Rebuttal Expert Designation | 14 days before discovery deadline | June 29, 2026 |
| Discovery Dispute Motions | At least 14 days before discovery deadline | June 29, 2026 |
| Completion of Discovery (both fact and expert discovery) | 180 days from this proposed order (Local Rule 26.1(c)2) | July 13, 2026 |
| Dispositive Motions and Motion for Class Certification | 30 days after discovery deadline | August 12, 2026 |

## II. COURT CONFERENCES AND TRIAL DATE

| Court Setting | Guidelines | Date | Time |
|---|---|---|---|
| Court Status Conference Date | 30 days before discovery deadline | TBD | TBD |
| Initial Pretrial Conference Date | 30 days before trial | TBD | TBD |
| Final Pretrial Conference Date | Thursday or Friday before trial | TBD | TBD |
| Trial Date | 150 days from dispositive motion deadline | TBD | 8:30 a.m. |

## III. PRETRIAL AND TRIAL FILING DEADLINES

| Pretrial and Trial Documents | Deadlines |
|---|---|
| Motions in Limine | 14 days prior to initial pretrial conference |
| Responses to Motions in Limine | 7 days prior to initial pretrial conference |
| Deposition Designations | 14 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Objections to Deposition Designations | 10 days prior to initial pretrial conference |
| Cross-Exam Deposition Designations | 10 days prior to initial pretrial conference |
| Objections to Cross-Exam Deposition Designations | 7 days prior to initial pretrial conference |
| Stipulation of Uncontroverted Facts | 3 days prior to initial pretrial conference (Local Rule 40.1) |
| Stipulation of Admissibility of Evidence | 3 days prior to initial pretrial conference |
| Witness List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Exhibit List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Jury Instructions (if jury trial) | 14 days prior to trial (Local Rule 40.1 and 51.1) |
| Trial Briefs | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |
| Voir Dire (if jury trial) | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |

## IV. RESPONSES TO COURT'S ORDER

1. **TRIAL**. The parties have requested a jury trial. If a class action is certified, the Plaintiff anticipates that trial will take 5 days. *See* Local Rule 16.1(f)(5).

2. **ESI.** The parties agree to produce electronically stored information in a searchable PDF format, to the extent possible, and for all calling data to be produced in its native form. The parties consent to the electronic service of discovery.

RESPECTFULLY SUBMITTED AND DATED this January 13, 2026.

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

**ARENTFOX SCHIFF LLP**

*Ann H. MacDonald*
Ann. H. MacDonald (Mo. Bar #61544)
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: (312) 258-5500
Email: ann.macdonald@afslaw.com

*Attorneys for Plaintiff and the Proposed Class*