UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH<br>*on behalf of herself and*<br>*others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LEADPOINT, INC<br><br>Defendant. | )<br>)Civil Action No.: 6:25-CV-03331-BCW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S UNOPPOSED MOTION TO
## CONTINUE RULE 16 SCHEDULING CONFERENCE

Plaintiff Rush, by and through undersigned counsel, respectfully moves the Court for a brief continuance of the Rule 16 Scheduling Conference currently set for January 27, 2026, at 10:30 a.m., and in support states as follows:

1. The Court's Rule 16 Scheduling Conference is presently scheduled for January 27, 2026, at 10:30 a.m. by telephone.

2. Undersigned counsel for Plaintiff has a previously scheduled court appearance also in federal court at the same date with an overlapping time that has already been rescheduled once.

3. Plaintiff therefore requests that the Scheduling Conference be continued for one week, to the same time, or to another date and time convenient for the Court.

4. Counsel for Defendant has been consulted regarding this request and does not oppose the requested continuance.

5. This request is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order continuing the Rule 16 Scheduling Conference for one week, or to another date and time deemed appropriate by the Court, and for such other and further relief as the Court deems just and proper.

Dated: January 20, 2026

PLAINTIFF, on behalf of herself
and others similarly situated,

By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com