UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH<br>*on behalf of herself and*<br>*others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>LEADPOINT, INC<br><br>        Defendant. | Civil Action No.: 6:25-CV-03331-BCW |

## DESIGNATION OF NEUTRAL

On January 23, 2026, the MAP Director extended the Early-Stage ADR deadline.

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME:     Hon. Jay Daugherty (Ret.)

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: \_\_\_X\_\_\_ Mediation _____ ADR-O

SESSION DATE AND TIME:     March 30, 2026

SESSION LOCATION:     Zoom

MODE OF SESSION: In person: _____ Virtual: \_\_X\_\_\_ Hybrid _____

Dated: January 27, 2026    PLAINTIFF, on behalf of herself
    and others similarly situated,

    By: */s/ Anthony Paronich*
    Anthony I. Paronich, *Pro Hac Vice*

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


**ARENTFOX SCHIFF LLP**

*Ann H. MacDonald*
Ann. H. MacDonald (Mo. Bar #61544)
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: (312) 258-5500
Email: ann.macdonald@afslaw.com

Adam Bowser (*pro hac vice* forthcoming)
1717 K. Street, NW
Washington DC 20006
Phone: (202) 857-6126
Email: adam.bowser@afslaw.com

*Attorneys for Leadpoint Inc.*

1