UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER RUSH<br>*on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LEADPOINT, INC<br><br>Defendant. | Civil Action No.: 6:25-CV-03331-BCW |

### Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: February 11, 2026       PLAINTIFF,

        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (617) 485-0018
        anthony@paronichlaw.com
        *Special Appearance Counsel*